UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN J. STRASSER, )
)
Plaintiff, )
)
v. ) Civil Case No. 18-2207
)
SARAH JONES DICKENS, )
)
Defendant. )

### ORDER

Since defendant was served but failed to respond, the Court **ORDERS** plaintiff to cause default to be entered by the Clerk and to move for entry of judgment within ~~ten~~ 20 days, or to show cause why a motion for default judgment has not been filed.

If plaintiff fails to comply, his complaint will be dismissed for failure to prosecute under Local Civil Rule 83.23.

Date: December 28, 2018

_____
Royce C. Lamberth
United States District Judge