## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN J. STRASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-02207-RCL |
| | ) | |
| SARAH JONES DICKENS, | ) | Judge Royce C. Lamberth |
| | ) | |
| Defendant. | ) | |
| | ) | |

### REPORT TO COURT ON ORDER DOCKETED JANUARY 3, 2019, AND CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING

COME NOW Plaintiff Ryan Strasser and Defendant Sarah Jones Dickens, by counsel, in response to the Court's Order directing Plaintiff to cause default to be entered or to show cause why a motion for default has not been filed (Docket No. 4), and jointly state that the parties have agreed, subject to approval by the Court, to extend the time within which Defendant may answer or otherwise plead in response to the Complaint, in order to pursue mediation before a private mediator, which mediation is scheduled for February 14, 2019.  Accordingly, Defendant hereby moves, with Plaintiff's consent, that Defendant may have up through and including March 12, 2019, to answer or otherwise plead in response to the Complaint if the parties are unable to resolve the matter by private mediation.  As further grounds for its consent motion, Defendant states the following:

1.      A Proof of Service was filed in this matter on October 26, 2018 attesting that the Summons was served on Defendant on October 22, 2018 and the Summons provided for a responsive pleading to be filed within 21 days after service, which was November 12, 2018.

SMRH:228514996.1

2.      Plaintiff and Defendant, through undersigned counsel, agreed on November 12, 2018, that Defendant would have an additional 60 days within which to answer or otherwise plead in response to the Complaint, and that the parties would preserve fully their respective legal positions, as of November 12, 2018, with respect to any responsive pleading.

3.      On the basis of their agreement, the parties selected a retired judge as a mediator. The earliest mediation date they could secure was February 14, 2019, requiring an additional extension of the time within which Defendant must answer or otherwise plead in response to the Complaint.  The parties have agreed, subject to approval by the Court, to extend the time to and including March 12, 2019.

4.      Accordingly, Defendant respectfully requests to extend for an additional 60 days, from January 11, 2019, to March 12, 2019, the date within which it shall answer or otherwise plead in response to the Complaint.

5.      Granting the relief will allow the parties a good faith opportunity to resolve their dispute without burdening the resources of the Court.

WHEREFORE, the Consent Motion for Extension of Time for Defendant to File Responsive Pleading should be granted.


DATED:  January 10, 2019

                                        /s/ *Mikhael D. Charnoff*
                                        Mikhael D. Charnoff (#476583)
                                        PERRY CHARNOFF PLLC
                                        1010 N. Glebe Road, Suite 310
                                        Arlington, VA 22201
                                        P: 703-291-6650
                                        F: 703- 563-6692
                                        mike@perrycharnoff.com
                                        *Counsel for Defendant*

/s/ *Steven P. Hollman*
Steven P. Hollman (#375658)
James N. Bierman, Jr.
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
2099 Pennsylvania Ave., Suite 100
Washington, DC 20006
P: 202-747-1931
F: 202-747-3817
shollman@sheppardmullin.com
jbierman@sheppardmullin.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2019, I caused a copy of the foregoing REPORT TO COURT ON ORDER DOCKETED JANUARY 3, 2019, AND CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING to be served electronically on all counsel for all parties by using the CM/ECF system of the United States District Court of the District of Columbia.

/s/ *Mikhael D. Charnoff*
Mikhael D. Charnoff (#476583)
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
P: 703-291-6650
F: 703- 563-6692
mike@perrycharnoff.com
*Counsel for Defendant*