# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN J. STRASSER,              ) | |
|                                )  | |
|     Plaintiff,                 )  | |
|                                )  | |
|        v.                      )  | Case No. 1:18-cv-02207-RCL |
|                                )  | |
| SARAH JONES DICKENS,           )  | Judge Royce C. Lamberth |
|                                )  | |
|     Defendant.                 )  | |
|                                )  | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ryan Strasser and Defendant Sarah Jones Dickens, by their undersigned counsel, hereby stipulate and agree that this matter, and all claims and defenses asserted, or which could have been asserted, are hereby dismissed with prejudice, with each party to bear such party's own costs.

DATED:  March 1, 2019

/s/ *Mikhael D. Charnoff*
Mikhael D. Charnoff (#476583)
PERRY CHARNOFF PLLC
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
P: 703-291-6650
F: 703- 563-6692
mike@perrycharnoff.com

*Counsel for Defendant*

/s/ *Steven P. Hollman*
Steven P. Hollman (#375658)
James N. Bierman, Jr.
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., Suite 100
Washington, DC 20006
P: 202-747-1931
F: 202-747-3817
shollman@sheppardmullin.com
jbierman@sheppardmullin.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2019, a copy of the foregoing STIPULATION OF DISMISSAL was served electronically on all counsel for the parties via the CM/ECF system of the United States District Court of the District of Columbia.

/s/ *Steven P. Hollman*
Steven P. Hollman (#375658)
James N. Bierman, Jr.
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave., Suite 100
Washington, DC 20006
P: 202-747-1931
F: 202-747-3817
shollman@sheppardmullin.com
jbierman@sheppardmullin.com

*Counsel for Plaintiff*